In the Matter of the Application of FRANCIS GRUMMAN, Appellant, and THEODORE FAGIN and BENJAMIN EISNER on Their Own Behalf and on Behalf of All Other Persons Designated as Candidates for the Public Office of Assemblyman and for the Party Positions of Members of the State Committee of the American Labor Party, of Delegates and Alternate Delegates to the State Convention of the American Labor Party, and of Delegates and Alternate Delegates to the Judicial Convention of the American Labor Party, Second Judicial District, all of Said Candidates Both for Public Office and for Party Position Being from the 12th Assembly District, County of Kings, Petitioners, for an Order Pursuant to Article XIV and Sections 330 and 335 of the Election Law against S. HOWARD COHEN and Others, Commissioners of Election of the City of New York, Constituting the Board of Elections of the City of New York, Respondents, and FRED I. RATNEY, Objector, Respondent.— Order, in so far as it denies appellant's motion to have declared valid, proper and legally effective a certain petition, filed with the Board of Elections of the City of New York, designating him as a candidate for party positions in the American Labor Party, 12th Assembly District, Kings county, and for other relief, reversed on the law, without costs, and the application granted. In 1941 the petitioner enrolled as a member of the American Labor party in the 33d Election district of the Twelfth Assembly District. Thereafter he moved to a residence which is located in the 34th Election District of the same Assembly District, and did not file an affidavit of change of residence, as permitted by section 184 of the Election Law. In our opinion his failure to file such an affidavit does not deprive him of the right to be a candidate for the party positions here involved. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of FRANKLIN S. HORBELT and MARY MACGREGOR, Appellants, for an Order Directing the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Place Their Names on the Republican Ballot for the Party Position of State Committee (Male) and State Committee (Female) Respectively and the Names of the Persons Designated for County Committee in the Various Election Districts of the 18th Assembly District, Kings County Republican Party, as More Specifically Designated in the Said Petitions and to Direct the Board of Elections to Place the Aforesaid Names and Designees upon the Primary Ballot of the Republican Party for the Party Positions in the Primary Elections to be Held on August 11th, 1942. THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK and ABRAHAM H. GOODMAN, Respondents.— Order denying appellants' motion to direct the Board of Elections of the City of New York to place their names on the Republican primary ballot for the party position of State committeemen (male and female), etc., of the 18th Assembly district of Kings county, in the primary election to be held on August 11, 1942, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.